No. 97–9106. MORETTI v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 97–9109. KERSH v. COOK ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–9112. SMITH ET UX. v. HAYNES ET AL. Sup. Ct. Mont. Certiorari denied.

No. 97–9114. STONE v. GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9118. BLANCO v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–9119. SCHOFIELD v. BROWN ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–9121. SADOWSKI v. TECHNICAL CAREER INSTITUTES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–9122. PALMER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97–9123. ROY v. GENERAL DYNAMICS CORP., ELECTRIC BOAT DIVISION, ET AL. App. Ct. Conn. Certiorari denied.

No. 97–9124. POOLE v. HELMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–9126. BORRIE v. MAKOWSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–9127. SELLERS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–9128. SAVEDRA v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 97–9129. POULAKIDAS v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. C. A. 7th Cir. Certiorari denied.